## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARY PRISCILLA COLE,

     Plaintiff,

**COURT FILE NO.: 08-2579-CM**

v.

MONTEREY FINANCIAL SERVICES, INC.,

     Defendant.

### PLAINTIFF'S OPPOSED MOTION TO ENFORCE SETTLEMENT AND FOR ATTORNEY COSTS AND FEES

PLAINTIFF, by and through counsel, in support of her motion states:

1) The parties agreed to settle the instant suit on November 30, 2009.
2) Plaintiff executed a release and forwarded it to Defendant's counsel in a timely manner.
3) Fifty-three days have elapsed since settlement, well past a reasonable time frame.
4) Trial on January 4, 2009 was cancelled due to reported settlement.
5) Defendant's counsel has been contacted multiple times, and Plaintiff agreed to a delay to this motion if the funds were at Plaintiff's counsel's office by today.
6) The settlement check, nor an explanation have been forthcoming.
7) Defendant's counsel has been consulted pursuant to the Local Rule 7,1, and objects to this motion, arguing that the check has been ordered, but stating in writing " I can't explain why it's taken this long to get a settlement check and won't try."
8) Plaintiff is upset with her counsel due to the failure of Defendant to pay its agreed settlement and now wants to proceed to trial.

### LEGAL STANDARD

"A trial court has the power to summarily enforce a settlement agreement entered into by the litigants while the litigation is pending before it." *United States v. Hardage,* 982 F.2d 1491, 1496(10th Cir 1993). The court must apply state contract law to issues

involving the formation, construction, and enforcement of a settlement agreement. *United States v. McCall,* 235 F.3d 1211, 1215 (10th Cir. 2000).  The Tenth Circuit has held that a trial court must hold an evidentiary hearing when material facts concerning the terms of a settlement agreement are in dispute.  *See Chicao*(sic) *Police Officer's Ass'n v. Stover,* 626 F.2d 127, 132 (10th Cir. 1980).

WHEREFORE, the Plaintiff requests that the Court order Defendant to pay the agreed settlement, as well as its attorney fees and costs in enforcing the settlement agreement.

Respectfully submitted this 22nd day of January , 2010.

s/ J. Mark Meinhardt

J. Mark Meinhardt
4707 College Blvd. Ste. 100
Leawood, KS  66211
913-451-9797
meinhardtlaw@sbcglobal.net
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January, 2010, a true and correct copy of the foregoing was placed in the Court's ECF system with email delivery to those on the electronic mailing list for this case.:

                                                s/ J. Mark Meinhardt