### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

---

MARY PRISCILLA COLE,                                    Civil File No. 08-2579-CM

    Plaintiff,

vs.                                                     **STIPULATION OF DISMISSAL**
                                                        **WITH PREJUDICE**

MONTEREY FINANCIAL SERVICES, INC.,

    Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Mary P. Cole, and the defendant, Monterey Financial Services, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                    Respectfully submitted,

Dated:   01-28-10            By  /s/J. Mark Meinhardt
                             J. Mark Meinhardt
                             4707 College Boulevard, Suite 100
                             Leawood, KS  66211
                             (913) 451-9797
                             (913) 451-6163 (fax)
                             ATTORNEY FOR PLAINTIFF

Dated:   01-28-10            By  /s/Justice B. King
                             Justice B. King
                             Fisher, Patterson, Sayler & Smith LLC
                             3550 SW 5th Street
                             PO Box 949
                             Topeka, KS 66601-0949
                             (785) 232-7761
                             ATTORNEY FOR DEFENDANT