IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MARY PRISCILLA COLE,**

      Plaintiff,

v.　　　　　　　　　　　　　　　　Civil No. 08-2579-CM

**MONTEREY FINANCIAL SERVICES, INC.,**

      Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties (Doc. 25) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this 28th day of January, 2010 at Kansas City, Kansas.

                s/ Carlos Murguia
                **Carlos Murguia**
                **U.S. District Judge**